UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 58978
  CARLOS SALVADOR
  MARIA D SALVADOR                              CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

         Debtor
  SSN XXX-XX-7910    SSN XXX-XX-4003

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/15/05 and confirmed on 04/21/06.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  84514.18 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OHIO SAVINGS BANK | CURRENT MORTG | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED VEHIC | 9487.88 | 461.82 | 9487.88 |
| WORLD FINANCIAL NETWORK | UNSECURED | 2735.83 | 65.25 | 1449.99 |
| WORLD FINANCIAL NETWORK | UNSECURED | 512.06 | .00 | 271.39 |
| ECAST SETTLEMENT CORP | UNSECURED | 3367.19 | .00 | 1784.61 |
| CAPITAL ONE BANK | UNSECURED | 19801.26 | .00 | 10494.67 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 25435.03 | .00 | 13480.57 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 9659.32 | .00 | 5119.44 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | UNSECURED | 1241.36 | .00 | 657.92 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 411.46 | .00 | 218.07 |
| MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 26830.21 | .00 | 14220.01 |
| ECAST SETTLEMENT CORP | UNSECURED | 3698.26 | .00 | 1960.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 707.57 | .00 | 375.01 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3207.97 | .00 | 1700.22 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 16892.38 | .00 | 8952.96 |
| WORLD FINANCIAL NETWORK | UNSECURED | 467.40 | .00 | 247.72 |
| LIFESTYLE MEDIA INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9975.64 | .00 | 5287.09 |

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 496.58 | .00 | 263.19 |
| ECAST SETTLEMENT CORP | UNSECURED | 3722.25 | .00 | 1972.79 |

                Summary of disbursements:
--------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
--------------------------------------------------------------------------------
| TOTAL CLMS ALLOWED | 9487.88 | .00 | 129161.77 | .00 | 138649.65 |

| | | | | |
|---|---|---|---|---|
| PRINCIPAL PAID | 9487.88 | .00 | 68455.73 | .00 | 77943.61 |
| INTEREST PAID | 461.82 | .00 | 65.25 | .00 | 527.07 |
| TOTAL PAID | 9949.70 | .00 | 68520.98 | .00 | 78470.68 |

The Debtor's attorney, LEEDERS & ASSOC LTD          , was allowed $   2700.00
and was paid $   600.00  direct and $   2100.00  through the plan.

The Trustee received $   3937.76 .

Refunds to the Debtor totaled $     5.74 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/10/09                   /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE